# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRESTDALE ASSOCIATES, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EVEREST INDEMNITY INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:09-cv-02439-LDG-GWF <br><br> **ORDER** |

This matter is before the Court on a status conference held on January 31, 2011 regarding the efforts to mediate this matter. The parties advised the Court the mediation was not successful. After considering oral argument by counsel and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file an opposition to Defendant's Motion for Partial Summary Judgment no later than **March 1, 2011**.

**IT IS FURTHER ORDERED** that Defendant shall file a reply to Plaintiff's opposition no later than **March 15, 2011**.

**IT IS FURTHER ORDERED** that the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the Defendant's Motion for Partial Summary Judgment.

DATED this 31st day of January, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge