1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CRESTDALE ASSOCIATES, LTD.,           )
                                      )
                    Plaintiff,        )        Case No.  2:09-cv-02439-LDG-GWF
                                      )
vs.                                   )        **ORDER**
                                      )
EVEREST INDEMNITY INSURANCE           )
COMPANY,                              )
                                      )
                    Defendant.        )
_____)

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5).  The Stipulation and Order to Extend Discovery Deadlines (First Request) (#18) filed May 7, 2010, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than October 7, 2010, or 30 days after a decision on the dispositive motions.  Motions for partial summary judgment (#20, 34) were decided on August 1, 2011, in which case the date for filing the Joint Pretrial Order was suspended until 30 days after the decision.  There are no further dispositive motions pending.  To date, the parties have not complied.  Accordingly,

**IT IS ORDERED** that

1.      Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **September 21, 2011.**  Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

2.      The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 7th day of September, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge

2