DOUGLAS M. ROWAN
Nevada Bar No. 4736
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
drowan@awslawyers.com
Attorneys for Everest Indemnity Insurance Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CRESTDALE ASSOCIATES, LTD., a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EVEREST INDEMNITY INSURANCE COMPANY, a Delaware Corporation,<br><br>Defendant.<br><br>EVEREST INDEMNITY INSURANCE COMPANY, a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>CRESTDALE ASSOCIATES, LTD., a Nevada Limited Liability Company,<br><br>Counterdefendant. | CASE NO.: 2:09-cv-02439-LDG-PAL<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between the Defendant/Counterclaimant EVEREST INDEMNITY INSURANCE COMPANY by and through its attorney, Douglas M. Rowan of Atkin Winner & Sherrod and Plaintiff/Counterdefendant CRESTDALE ASSOCIATES, LTD., by and through its attorney, Debra L. Spinelli, Esq. of Pisanelli Bice PLLC that Plaintiff's Complaint and Defendant's Counterclaim be dismissed with prejudice and each to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED AND AGREED that no jury fees were posted in the above-referenced matter.

293786.DOCX

IT IS FURTHER STIPULATED AND AGREED that no trial date has been scheduled in the above-referenced matter.

Dated: 1/9/2012

ATKIN WINNER & SHERROD

_____
Douglas M. Rowan
Nevada Bar No. 4736
1117 South Rancho Drive
Las Vegas, NV 89102
Attorneys for Everest Indemnity
Insurance Co.

Dated: 1/9/2012

PISANELLI BICE PLLC

_____
Debra L. Spinelli, Esq.
Nevada Bar No. 9695
3883 Howard Hughes Pkwy., #800
Las Vegas, NV 89169
Attorneys for Crestdale Associates, Ltd.

ORDERED

IT IS SO ORDERED.

DATED this 10 day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

By: _____
DOUGLAS M. ROWAN
Nevada Bar No. 4736
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
Attorneys for Everest Indemnity Insurance Co.

293786.DOCX